IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| EMPLOYERS INSURANCE OF WAUSAU, A MUTUAL COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-01-629-S-BLW  **JUDGMENT** |
| Plaintiffs, | | |
| v. | | |
| ST. CLAIR CONTRACTORS, INC., et al., | | |
| Defendants. | | |

In accordance with the terms of the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for taxation of costs (Docket No. 303) filed by St. Clair be GRANTED, and that St. Clair be awarded $487.51 in costs against the City of McCall.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion for taxation of costs (Docket No. 304) filed by Wausau be GRANTED, and that Wausau be awarded $4,734.32 in costs against the City of McCall.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the

motion to alter judgment (Docket No. 319) filed by St. Clair be GRANTED, and that St. Clair be awarded $485,016.33 in pre-judgment interest against the City of McCall.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to withdraw certificate of record on appeal (Docket No. 329) be DEEMED MOOT.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motions for entry of judgment (Docket Nos. 331 and 333) filed by Wausau be GRANTED, and that Wausau be awarded $88,235.91 against St. Clair pursuant to their stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion for execution orders, and to expedite, and for writ (Docket No. 336) filed by Wausau be GRANTED, and that St. Clair sign over the entire proceeds of the City's check to Wausau and that writs of execution issue as requested by Wausau.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion for consolidation (Docket No. 344) filed by St. Clair be denied without prejudice to St. Clair's right to re-file the motion after its summary judgment motion in the other case is resolved.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the

motion to strike (Docket No. 369) is DEEMED MOOT.



DATED: **December 4, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge